UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM BOULWARE,<br><br>Plaintiff,<br><br>-against-<br><br>CARSON SMITHFIELD, LLC.<br>Defendant. | Civil Case No.: 2:21-cv-16111<br><br>NOTICE OF VOLUNTARY DISMISSAL<br>WITH PREJUDICE |

**PLEASE TAKE NOTICE** that the Plaintiff through his attorney, Joseph K, Jones, Esq., pursuant to Rule 41 of the Federal Rules of Civil Procedure, does hereby withdraw his action with prejudice against CARSON SMITHFIELD, LLC. This Court will retain jurisdiction for the purpose of enforcing the terms of the settlement agreement of the parties.

Dated: November 5, 2021

/s/ Joseph K. Jones

Joseph K. Jones, Esq.
JONES, CHULSKY & KESSLER, LLC
330 Mounts Corner Drive, Suite 417
Freehold, NJ 07728
Phone: (877) 827-3395
Fax: (877) 827-3394

*Attorneys for Plaintiff*

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 11/8/21